IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRELL R. CAGLE, TERRY L. CAGLE, and KAREN M. CAGLE,

Plaintiffs,

v.

CITY OF GREENSBORO *et al.*,

Defendants.

1:26-CV-103-DAB-JGM

## **ORDER**

This matter is before the Court for review of the Memorandum Opinion and Recommendation filed on April 13, 2026. *April 13, 2026, Order and Recommendation of United States Magistrate Judge* (D.E. 23). The Magistrate Judge recommends denying Plaintiffs' motion for default judgment given the Fourth Circuit's preference for resolving cases on the merits. *Id*. The deadline for objections passed on April 30, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to adopt the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, *4/13/26 Order and Recommendation*, is adopted.

This the 11th day of May, 2026.

 */s/ David A. Bragdon*
United States District Judge